# LINCOLN INVESTMENT

| | | | |
|---|---|---|---|
| **Employee Name:** | Denise M Ingleside | **Pay Date:** | 8/22/2025 |
| **Employee #:** | 006160 | **Pay Period:** | 8/3/2025 - 8/16/2025 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 | **Deposit Advice #:** | 998607607 |
| **Department:** | Virtual Services Administrators | **Pay Frequency:** | Bi-Weekly |
| **Job Title:** | Virtual Sales Assistant I | **Pay Rate:** | 26.2700 |
| | | **Federal Filing Status:** | Single |
| **Employer Name:** | Lincoln Investment Planning, LLC | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Phone:** | 215-881-4639 | **Local Exemptions:** | 0 (Upper Dublin) |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 | **State Filing Status:** | Single (PA) |
| | | **State Exemptions:** | 0 (PA) |

| | Current 8/3/2025 - 8/16/2025 | | | YTD As of 8/16/2025 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.1667** | | **$2,108.17** | **1,324.0166** | **$36,708.60** |
| REGULAR | 80.0000 | 26.2700 | $2,101.60 | 1,107.3367 | $28,905.35 |
| HOLIDAY | | | | 56.0000 | $1,458.80 |
| OT | 0.1667 | 39.4050 | $6.57 | 11.6799 | $454.86 |
| MERIT BONUS | | | | | $2,000.00 |
| BEREAVEMENT | | | | 8.0000 | $210.16 |
| PTO | | | | 141.0000 | $3,679.43 |
| **Taxable Benefits** | | | **$0.53** | | **$8.09** |
| EMPLOYER BASIC LIFE & AD&D CONTRIBUTIONS | | | $0.53 | | $8.09 |
| **Memo Information** | | | **$440.12** | | **$7,510.33** |
| EMPLOYER MEDICAL CONTRIBUTION | | | $282.97 | | $4,527.49 |
| EMPLOYER STD CONTRIBUTIONS | | | $5.54 | | $55.40 |
| EMPLOYER EAP CONTRIBUTION | | | $0.89 | | $9.79 |
| EMPLOYER LTD CONTRIBUTIONS | | | $3.40 | | $34.00 |
| EMPLOYER PAID HSA - SINGLE | | | $20.83 | | $681.12 |
| 401K MATCH | | | $126.49 | | $2,202.53 |
| **Pre-Tax Deductions** | | | **$220.82** | | **$3,771.40** |
| 401k Percentage | | | $168.65 | | $2,936.68 |
| Dental | | | $24.57 | | $393.12 |
| Med Ded | | | $22.82 | | $365.12 |
| Vision | | | $4.78 | | $76.48 |
| **Taxes** | | | **$392.62** | | **$7,069.03** |
| Fed W/H | | | $148.14 | | $2,804.28 |
| FICA EE | | | $127.50 | | $2,224.68 |
| Fed MWT EE | | | $29.82 | | $520.29 |
| PA W/H | | | $63.12 | | $1,101.33 |
| PA UT EE | | | $1.48 | | $25.69 |
| UpDblnTwpW/H | | | $20.56 | | $358.76 |
| UpDblnTwpLST | | | $2.00 | | $34.00 |
| **Post-Tax Deductions** | | | **$350.35** | | **$1,372.51** |
| EMPLOYEE AD&D | | | $1.50 | | $24.00 |
| SPOUSAL AD&D | | | $0.63 | | $10.08 |
| Supp Life | | | $19.58 | | $313.28 |
| Spouse Life | | | $3.92 | | $62.72 |
| Critical Illnes | | | $16.60 | | $265.60 |
| LEGAL DEDUCTION | | | $6.06 | | $96.96 |
| CIGNA Vol. Acci | | | $10.12 | | $161.92 |
| Misc. Ded | | | $282.36 | | $282.36 |
| Hospital | | | $7.27 | | $116.32 |
| CHARITABLE CONT | | | $2.31 | | $39.27 |
| **Reimbursements** | | | | | **$23.52** |
| Misc Earning | | | | | $23.52 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,144.38** | | **$24,519.18** |

# LINCOLN
# INVESTMENT

| | | | |
|---|---|---|---|
| **Employer Name:** | Lincoln Investment Planning, LLC | | |
| **Employer Phone:** | 215-881-4639 | | |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 | | |

| | | |
|---|---|---|
| **Employee Name:** | Tenise b Whiteside | |
| **Employee #:** | 006160 | |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 | |
| **Department:** | Virtual Services Administrators | |
| **Job Title:** | Virtual Sales Assistant I | |

| | |
|---|---|
| **Pay Date:** | 8/22/2025 |
| **Pay Period:** | 8/3/2025 - 8/16/2025 |
| **Deposit Advice #:** | 998607607 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 26.2700 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Dublin) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| Direct Deposit | 031000053 | XXXXXX7126 | $300.00 | |
| Direct Deposit | 236084243 | XXXXXXXXX4826 | $100.00 | |
| Direct Deposit | 236084285 | XXXXX3013 | $744.38 | |

| **Accruals & Balances** | |
|---|---|
| Paid Time Off - Carryover Balance: | 0.00 Hours |
| Paid Time Off - Hours Balance: | 24.00 Hours |

dayforce

# LINCOLN INVESTMENT

| | | | |
|---|---|---|---|
| **Employee Name:** | Denise N Ingleside | **Pay Date:** | 9/5/2025 |
| **Employee #:** | 006160 | **Pay Period:** | 8/17/2025 - 8/30/2025 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 | **Deposit Advice #:** | 116491637 |
| **Department:** | Virtual Services Administrators | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 26.2700 |
| **Job Title:** | Virtual Sales Assistant I | **Federal Filing Status:** | Single |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Name:** | Lincoln Investment Planning, LLC | **Local Exemptions:** | 0 (Upper Dublin) |
| **Employer Phone:** | 215-881-4639 | **State Filing Status:** | Single (PA) |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 | **State Exemptions:** | 0 (PA) |

| | Current 8/17/2025 - 8/30/2025 | | | YTD As of 8/30/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **81.0334** | | **$2,142.32** | **1,405.0500** | **$38,850.92** |
| REGULAR | 72.0000 | 26.2700 | $1,891.44 | 1,179.3367 | $30,796.79 |
| HOLIDAY | | | | 56.0000 | $1,458.80 |
| OT | 1.0334 | 39.4050 | $40.72 | 12.7133 | $495.58 |
| MERIT BONUS | | | | | $2,000.00 |
| BEREAVEMENT | | | | 8.0000 | $210.16 |
| PTO | 8.0000 | 26.2700 | $210.16 | 149.0000 | $3,889.59 |
| **Taxable Benefits** | | | **$0.53** | | **$8.62** |
| EMPLOYER BASIC LIFE & AD&D CONTRIBUTIONS | | | $0.53 | | $8.62 |
| **Memo Information** | | | **$442.17** | | **$7,952.50** |
| EMPLOYER MEDICAL CONTRIBUTION | | | $282.97 | | $4,810.46 |
| EMPLOYER STD CONTRIBUTIONS | | | $5.54 | | $60.94 |
| EMPLOYER EAP CONTRIBUTION | | | $0.89 | | $10.68 |
| EMPLOYER LTD CONTRIBUTION | | | $3.40 | | $37.40 |
| EMPLOYER PAID HSA - SINGLE | | | $20.83 | | $701.95 |
| 401K MATCH | | | $128.54 | | $2,331.07 |
| **Pre-Tax Deductions** | | | **$223.56** | | **$3,994.96** |
| 401k Percentage | | | $171.39 | | $3,108.07 |
| Dental | | | $24.57 | | $417.69 |
| Med Ded | | | $22.82 | | $387.94 |
| Vision | | | $4.78 | | $81.26 |
| **Taxes** | | | **$400.41** | | **$7,469.44** |
| Fed W/H | | | $151.91 | | $2,956.19 |
| FICA EE | | | $129.62 | | $2,354.30 |
| Fed MWT EE | | | $30.31 | | $550.60 |
| PA W/H | | | $64.17 | | $1,165.50 |
| PA UT EE | | | $1.50 | | $27.19 |
| UpDblnTwpW/H | | | $20.90 | | $379.66 |
| UpDblnTwpLST | | | $2.00 | | $36.00 |
| **Post-Tax Deductions** | | | **$67.99** | | **$1,440.50** |
| EMPLOYEE AD&D | | | $1.50 | | $25.50 |
| SPOUSAL AD&D | | | $0.63 | | $10.71 |
| Supp Life | | | $19.58 | | $332.86 |
| Spouse Life | | | $3.92 | | $66.64 |
| Critical Illnes | | | $16.60 | | $282.20 |
| LEGAL DEDUCTION | | | $6.06 | | $103.02 |
| CIGNA Vol. Acci | | | $10.12 | | $172.04 |
| Misc. Ded | | | | | $282.36 |
| Hospital | | | $7.27 | | $123.59 |
| CHARITABLE CONT | | | $2.31 | | $41.58 |
| **Reimbursements** | | | | | **$23.52** |
| Misc Earning | | | | | $23.52 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,450.36** | | **$25,969.54** |

# LINCOLN INVESTMENT

| | |
|---|---|
| **Employer Name:** | Lincoln Investment Planning, LLC |
| **Employer Phone:** | 215-881-4639 |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 |

| | |
|---|---|
| **Employee Name:** | Denise B Whiteside |
| **Employee #:** | 006160 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 |
| **Department:** | Virtual Services Administrators |
| **Job Title:** | Virtual Sales Assistant I |

| | |
|---|---|
| **Pay Date:** | 9/5/2025 |
| **Pay Period:** | 8/17/2025 - 8/30/2025 |
| **Deposit Advice #:** | 116491637 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 26.2700 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Dublin) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| Direct Deposit | 031000053 | XXXXXX7126 | $300.00 | |
| Direct Deposit | 236084243 | XXXXXXXXX4826 | $100.00 | |
| Direct Deposit | 236084285 | XXXXX3013 | $1,050.36 | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Paid Time Off - Carryover Balance: | 0.00 Hours | | |
| Paid Time Off - Hours Balance: | 16.00 Hours | Paid Time Off - Hours Taken: | 8.00 Hours |

dayforce

# LINCOLN INVESTMENT

**Employer Name:** Lincoln Investment Planning, LLC

**Employer Phone:** 215-881-4639

**Employer Address:** 601 Office Center Drive Suite 300 Fort Washington, PA 19034

| | |
|---|---|
| Employee Name: | Denise N Ingleside |
| Employee #: | 006160 |
| Employee Address: | 164 Tennis Avenue Glenside, PA 19038 |
| Department: | Virtual Services Administrators |
| Job Title: | Virtual Sales Assistant I |

| | |
|---|---|
| Pay Date: | 9/19/2025 |
| Pay Period: | 8/31/2025 - 9/13/2025 |
| Deposit Advice #: | 122972861 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 26.2700 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | 0 (Upper Dublin) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 0 (PA) |

| | Current 8/31/2025 - 9/13/2025 | | | YTD As of 9/13/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 79.8665 | | **$2,100.94** | 1,484.9165 | **$40,951.86** |
| REGULAR | 71.6498 | 26.2700 | $1,882.24 | 1,250.9865 | $32,679.03 |
| HOLIDAY | 8.0000 | 26.2700 | $210.16 | 64.0000 | $1,668.96 |
| OT | 0.2167 | 39.4050 | $8.54 | 12.9300 | $504.12 |
| MERIT BONUS | | | | | $2,000.00 |
| BEREAVEMENT | | | | 8.0000 | $210.16 |
| PTO | | | | 149.0000 | $3,889.59 |
| **Taxable Benefits** | | | **$0.53** | | **$9.15** |
| EMPLOYER BASIC LIFE & AD&D CONTRIBUTIONS | | | $0.53 | | $9.15 |
| **Memo Information** | | | **$439.69** | | **$8,392.19** |
| EMPLOYER MEDICAL CONTRIBUTION | | | $282.97 | | $5,093.43 |
| EMPLOYER STD CONTRIBUTIONS | | | $5.54 | | $66.48 |
| EMPLOYER EAP CONTRIBUTION | | | $0.89 | | $11.57 |
| EMPLOYER LTD CONTRIBUTIONS | | | $3.40 | | $40.80 |
| EMPLOYER PAID HSA - SINGLE | | | $20.83 | | $722.78 |
| 401K MATCH | | | $126.06 | | $2,457.13 |
| **Pre-Tax Deductions** | | | **$220.25** | | **$4,215.21** |
| 401k Percentage | | | $168.08 | | $3,276.15 |
| Dental | | | $24.57 | | $442.26 |
| Med Ded | | | $22.82 | | $410.76 |
| Vision | | | $4.78 | | $86.04 |
| **Taxes** | | | **$390.98** | | **$7,860.42** |
| Fed W/H | | | $147.34 | | $3,103.53 |
| FICA EE | | | $127.06 | | $2,481.36 |
| Fed MWT EE | | | $29.72 | | $580.32 |
| PA W/H | | | $62.90 | | $1,228.40 |
| PA UT EE | | | $1.47 | | $28.66 |
| UpDblnTwpW/H | | | $20.49 | | $400.15 |
| UpDblnTwpLST | | | $2.00 | | $38.00 |
| **Post-Tax Deductions** | | | **$67.99** | | **$1,508.49** |
| EMPLOYEE AD&D | | | $1.50 | | $27.00 |
| SPOUSAL AD&D | | | $0.63 | | $11.34 |
| Supp Life | | | $19.58 | | $352.44 |
| Spouse Life | | | $3.92 | | $70.56 |
| Critical Illnes | | | $16.60 | | $298.80 |
| LEGAL DEDUCTION | | | $6.06 | | $109.08 |
| CIGNA Vol. Acci | | | $10.12 | | $182.16 |
| Misc. Ded | | | | | $282.36 |
| Hospital | | | $7.27 | | $130.86 |
| CHARITABLE CONT | | | $2.31 | | $43.89 |
| **Reimbursements** | | | | | **$23.52** |
| Misc Earning | | | | | $23.52 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,421.72** | | **$27,391.26** |

# LINCOLN INVESTMENT

| | |
|---|---|
| **Employer Name:** | Lincoln Investment Planning, LLC |
| **Employer Phone:** | 215-881-4639 |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 |

| | |
|---|---|
| **Employee Name:** | Denise p Whiteside |
| **Employee #:** | 006160 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 |
| **Department:** | Virtual Services Administrators |
| **Job Title:** | Virtual Sales Assistant I |

| | |
|---|---|
| **Pay Date:** | 9/19/2025 |
| **Pay Period:** | 8/31/2025 - 9/13/2025 |
| **Deposit Advice #:** | 122972861 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 26.2700 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Dublin) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| Direct Deposit | 031000053 | XXXXXX7126 | $300.00 | |
| Direct Deposit | 236084243 | XXXXXXXXX4826 | $100.00 | |
| Direct Deposit | 236084285 | XXXXX3013 | $1,021.72 | |

| **Accruals & Balances** | |
|---|---|
| Paid Time Off - Carryover Balance: | 0.00 Hours |
| Paid Time Off - Hours Balance: | 16.00 Hours |

# LINCOLN INVESTMENT

| | | | |
|---|---|---|---|
| **Employee Name:** | Denise M Ingleside | **Pay Date:** | 10/3/2025 |
| **Employee #:** | 006160 | **Pay Period:** | 9/14/2025 - 9/27/2025 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 | **Deposit Advice #:** | 132676545 |
| **Department:** | Virtual Services Administrators | **Pay Frequency:** | Bi-Weekly |
| **Job Title:** | Virtual Sales Assistant I | **Pay Rate:** | 26.2700 |
| **Employer Name:** | Lincoln Investment Planning, LLC | **Federal Filing Status:** | Single |
| **Employer Phone:** | 215-881-4639 | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 | **Local Exemptions:** | 0 (Upper Dublin) |
| | | **State Filing Status:** | Single (PA) |
| | | **State Exemptions:** | 0 (PA) |

| | Current 9/14/2025 - 9/27/2025 | | | YTD As of 9/27/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **81.4666** | | **$2,159.39** | **1,566.3831** | **$43,111.25** |
| REGULAR | 80.0000 | 26.2700 | $2,101.60 | 1,330.9865 | $34,780.63 |
| HOLIDAY | | | | 64.0000 | $1,668.96 |
| OT | 1.4666 | 39.4050 | $57.79 | 14.3966 | $561.91 |
| MERIT BONUS | | | | | $2,000.00 |
| BEREAVEMENT | | | | 8.0000 | $210.16 |
| PTO | | | | 149.0000 | $3,889.59 |
| **Taxable Benefits** | | | **$0.53** | | **$9.68** |
| EMPLOYER BASIC LIFE & AD&D CONTRIBUTIONS | | | $0.53 | | $9.68 |
| **Memo Information** | | | **$443.19** | | **$8,835.38** |
| EMPLOYER MEDICAL CONTRIBUTION | | | $282.97 | | $5,376.40 |
| EMPLOYER STD CONTRIBUTIONS | | | $5.54 | | $72.02 |
| EMPLOYER EAP CONTRIBUTION | | | $0.89 | | $12.46 |
| EMPLOYER LTD CONTRIBUTION | | | $3.40 | | $44.20 |
| EMPLOYER PAID HSA - SINGLE | | | $20.83 | | $743.61 |
| 401K MATCH | | | $129.56 | | $2,586.69 |
| **Pre-Tax Deductions** | | | **$224.92** | | **$4,440.13** |
| 401k Percentage | | | $172.75 | | $3,448.90 |
| Dental | | | $24.57 | | $466.83 |
| Med Ded | | | $22.82 | | $433.58 |
| Vision | | | $4.78 | | $90.82 |
| **Taxes** | | | **$404.31** | | **$8,264.73** |
| Fed W/H | | | $153.80 | | $3,257.33 |
| FICA EE | | | $130.68 | | $2,612.04 |
| Fed MWT EE | | | $30.56 | | $610.88 |
| PA W/H | | | $64.69 | | $1,293.09 |
| PA UT EE | | | $1.51 | | $30.17 |
| UpDblnTwpW/H | | | $21.07 | | $421.22 |
| UpDblnTwpLST | | | $2.00 | | $40.00 |
| **Post-Tax Deductions** | | | **$67.99** | | **$1,576.48** |
| EMPLOYEE AD&D | | | $1.50 | | $28.50 |
| SPOUSAL AD&D | | | $0.63 | | $11.97 |
| Supp Life | | | $19.58 | | $372.02 |
| Spouse Life | | | $3.92 | | $74.48 |
| Critical Illnes | | | $16.60 | | $315.40 |
| LEGAL DEDUCTION | | | $6.06 | | $115.14 |
| CIGNA Vol. Acci | | | $10.12 | | $192.28 |
| Misc. Ded | | | | | $282.36 |
| Hospital | | | $7.27 | | $138.13 |
| CHARITABLE CONT | | | $2.31 | | $46.20 |
| **Reimbursements** | | | | | **$23.52** |
| Misc Earning | | | | | $23.52 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,462.17** | | **$28,853.43** |

# LINCOLN INVESTMENT

| | |
|---|---|
| **Employer Name:** | Lincoln Investment Planning, LLC |
| **Employer Phone:** | 215-881-4639 |
| **Employer Address:** | 601 Office Center Drive Suite 300 Fort Washington, PA 19034 |

| | |
|---|---|
| **Employee Name:** | Denise JoWhiteside |
| **Employee #:** | 006160 |
| **Employee Address:** | 164 Tennis Avenue Glenside, PA 19038 |
| **Department:** | Virtual Services Administrators |
| **Job Title:** | Virtual Sales Assistant I |

| | |
|---|---|
| **Pay Date:** | 10/3/2025 |
| **Pay Period:** | 9/14/2025 - 9/27/2025 |
| **Deposit Advice #:** | 132676545 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 26.2700 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Dublin) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| Direct Deposit | 031000053 | XXXXXX7126 | $300.00 | |
| Direct Deposit | 236084243 | XXXXXXXXX4826 | $100.00 | |
| Direct Deposit | 236084285 | XXXXX3013 | $1,062.17 | |

| **Accruals & Balances** | |
|---|---|
| Paid Time Off – Carryover Balance: | 0.00 Hours |
| Paid Time Off – Hours Balance: | 16.00 Hours |

dayforce