Certificate Number: 03621-PAE-DE-040274171

Bankruptcy Case Number: 25-14318



03621-PAE-DE-040274171

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2025, at 2:49 o'clock PM EST, Tenise N Whiteside completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 4, 2025

By: /s/Adrianiya Scurry

Name: Adrianiya Scurry

Title: Credit Counselor