United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14318-djb |
| Tenise N Whiteside | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 15, 2026 | Form ID: 155 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tenise N Whiteside, 164 Tennis Avenue, Glenside, PA 19038-1628 |
| 15064766 | + | Dunne Law Offices, PC, 1515 Market Street 1200, Philadelphia, PA 19102-1932 |
| 15064768 | + | Keith Whiteside, 164 Tennis Avenue, Glenside, PA 19038-1628 |
| 15066516 | + | Rocket Mortgage, LLC, c/o Matthew Fissel Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15064783 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 15069600 | + | TruMark Financial Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15064743 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 16 2026 00:37:20 | Affirm, Inc., Attn: Bankruptcy, 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 15064744 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 16 2026 00:37:26 | Aidvantage, Attn: Bankruptcy, PO Box 9635, Wiles-Barr, PA 18773-9635 |
| 15082369 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 00:37:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15064745 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 00:37:05 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15064746 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 16 2026 00:33:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 15064748 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2026 00:33:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road Suite 110, Anaheim, CA 92806 |
| 15064747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15072271 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15064749 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15064750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:55 | Citi Card/Best Buy, PO Box 790040, St Louis, MO 63179-0040 |
| 15064751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:55 | Citi/cbna, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15064752 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15089370 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

District/off: 0313-2                              User: admin                                    Page 2 of 4

Date Rcvd: Jan 15, 2026                          Form ID: 155                                    Total Noticed: 60

|  |  |  |  |
|---|---|---|---|
|  |  |  | Pl, Sioux Falls, SD 57108-5027 |
| 15064753 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jan 16 2026 00:47:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15064754 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15064755 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenity Bank/Helzberg, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15064756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, PO Box 183003, Columbus, OH 43218-3003 |
| 15064757 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15064758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenity/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15064759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15064760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Jan 16 2026 00:33:00 | Comenitycapital/wrlmkt, Po Box 182120, Columbus, OH 43218-2120 |
| 15064761 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Jan 16 2026 00:33:00 | Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 15064762 | ^ | MEBN | |
|  |  | Jan 16 2026 00:30:40 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15064763 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Jan 16 2026 00:37:05 | Credit One Bank, Attn: Bankruptcy Department, PO Box 60500, City of Industry, CA 91716-0500 |
| 15064765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jan 16 2026 00:47:43 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 15064764 | + | Email/Text: mrdiscen@discover.com | |
|  |  | Jan 16 2026 00:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15064767 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
|  |  | Jan 16 2026 00:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15083889 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Jan 16 2026 00:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15070941 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
|  |  | Jan 16 2026 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15087750 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jan 16 2026 00:37:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064769 | + | Email/Text: Documentfiling@lciinc.com | |
|  |  | Jan 16 2026 00:33:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 15064770 | | Email/Text: bnc@nordstrom.com | |
|  |  | Jan 16 2026 00:33:01 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15064771 | + | Email/Text: bankruptcy1@pffcu.org | |
|  |  | Jan 16 2026 00:33:00 | PFFCU/Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15067614 | + | Email/Text: bankruptcy1@pffcu.org | |
|  |  | Jan 16 2026 00:33:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15086778 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Jan 16 2026 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15064772 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
|  |  | Jan 16 2026 00:33:00 | Rocket Mortgage, Attn: Bankruptcy 1050 Woodward Avenue, Detroit, MI 48226-3573 |

District/off: 0313-2                     User: admin                                  Page 3 of 4

Date Rcvd: Jan 15, 2026                  Form ID: 155                          Total Noticed: 60

| | | | |
|---|---|---|---|
| 15075189 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jan 16 2026 00:33:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15088101 | + Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:05 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15064773 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064774 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:01 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064775 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064776 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15064777 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15064778 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064779 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064780 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:01 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064781 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064782 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15064785 | Email/Text: jaxbanko@td.com | Jan 16 2026 00:33:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 15082463 | Email/Text: bncmail@w-legal.com | Jan 16 2026 00:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15064784 | + Email/Text: bncmail@w-legal.com | Jan 16 2026 00:33:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15069740 | + Email/Text: cbrennan@klehr.com | Jan 16 2026 00:33:00 | TruMark Financial Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15064786 | + Email/Text: dbogucki@trumark.org | Jan 16 2026 00:33:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 15064787 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 16 2026 00:37:25 | Wfbna Hl, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                          User: admin                                    Page 4 of 4

Date Rcvd: Jan 15, 2026                       Form ID: 155                                   Total Noticed: 60

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Tenise N Whiteside bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Tenise N Whiteside | ) | Case No. 25−14318−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 15, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court